JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| FIDELITY SECURITY LIFE INSURANCE COMPANY, | Case No. EDCV 15-399 JGB (SPx) |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| BARBARA ELLEN DUNN-LEONARD, | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, Plaintiff Fidelity Security Life Insurance Company's Motion for Summary Judgment is GRANTED.

    The Court hereby FINDS that Defendant Barbara Ellen Dunn-Leonard is not entitled to separate, concurrent benefit payments for multiple disabling conditions pursuant to Fidelity Life Insurance Company Disability Income Policy No/ DI-139C.

1  The Court further FINDS that Defendant is not
2  entitled to a subsequent Maximum Benefits Period
3  pursuant to the same policy because she does not meet
4  the policy's definition of "Actively at Work."
5
6  Judgment is entered in favor of Plaintiff.
7
8  **IT IS SO ORDERED.**
9
10
11 Dated: September 28 , 2015
12
                                      _____
13                                    THE HONORABLE JESUS G. BERNAL
                                      United States District Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2